COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| EL PASO INDEPENDENT SCHOOL DISTRICT, | § | No. 08-08-00073-CV |
| | § | Appeal from |
| Appellant, | § | 34th District Court |
| v. | § | of El Paso County, Texas |
| ANGELICA CABRALEZ, | § | (TC # 2005-3578) |
| Appellee. | § | |

**MEMORANDUM OPINION**

Pending before the Court is Appellant's motion to dismiss this appeal pursuant to TEX.R.APP.P. 42.1(a)(1). Appellant represents to the Court that the parties have settled all of the claims and causes of action pending in the lawsuit below and have agreed to dismiss the appeal. Appellant's motion complies with the requirements of Rule 42.1(a)(2).

We have considered the cause on the motion and conclude that the motion should be granted. We therefore dismiss the appeal. As the motion does not indicate the parties have agreed otherwise, costs will be taxed against Appellant. *See* TEX.R.APP.P. 42.1(d).

February 5, 2009

ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Carr, JJ.
Chew, C.J., not participating
Carr, J., not participating